```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMANUEL DELACRUZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

-against-

THE COLLEGE OF NEW ROCHELLE,

                Defendant.
-----------------------------------------------------------x

Case No. 1:17-cv-07396-GHW

**MEMORANDUM ENDORSED**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Emanuel Delazcruz, individually, and on behalf of all other persons similarly situated, ("Plaintiff") and defendant The College of New Rochelle ("Defendant"), and/or their respective counsel(s) that the above-captioned action, and all claims asserted therein, is voluntarily dismissed with prejudice and without costs pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| GOTTLIEB & ASSOCIATES | CULLEN AND DYKMAN LLP |
| _Jeffrey M._ Dana L. Gottlieb | Roxanne L. Tashjian |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 150 East 18th Street, Suite PHR | 100 Quentin Roosevelt Boulevard |
| New York, New York 10003 | Garden City, New York 11530 |
| Phone: (212) 879-0240 | Phone: (516) 357 3704 |
| Dated: Feb. 1, 2018 | Dated: 2/8/18 |

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

SO ORDERED.

Dated: February 9, 2018
New York, New York

                GREGORY H. WOODS
                United States District Judge

9